DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

OSCAR VALDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D19-4829

_____

September 24, 2021

Appeal from the Circuit Court for Pasco County; Kimberly A.
Campbell, Judge.

Howard L. Dimmig, II, Public Defender, and Blair Allen,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan S.
Tannen, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

        Affirmed.

SILBERMAN, LaROSE, ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.